IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WARNER BROS. RECORDS INC., et al.,**

    **Plaintiffs,**

v.

**DEBRA ROWEDDA**

    **Defendant.**                                   **Case No. 06-cv-890-DRH**

## ORDER

**HERNDON, District Judge:**

On June 19, 2007, defendant Debra Rowedda notified the Court that on May 24, 2007, she filed a voluntary bankruptcy petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Illinois, assigned as case number 07-40680 (Doc. 18). Pursuant to the automatic stay provision of **11 U.S.C. § 362** of the Bankruptcy Code, this action is hereby **STAYED**. The parties are hereby **DIRECTED** to inform the Court once Defendant's bankruptcy proceedings are completed.

    **IT IS SO ORDERED.**

Signed this day of 22nd day of June, 2007.

                                                      /s/     David   RHerndon
                                                    **United States District Judge**