IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WARNER BROS. RECORDS INC., et al.,**

    **Plaintiffs,**

v.

**DEBRA ROWEDDA, a/k/a DEBRA PARKIS,**

    **Defendant.**                                                  Case No. 06-cv-890-DRH

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is Plaintiffs' Notice of Voluntary Dismissal Pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**, with each Party to bear its own fees and costs (Doc. 25).  The Court first, *sua sponte*, **LIFTS** the stay that was imposed by its June 22, 2007 Order (Doc. 19), so that it may **ACKNOWLEDGE** Plaintiffs' Notice of Voluntary Dismissal (Doc. 25).  As such, this matter is hereby **DISMISSED WITHOUT PREJUDICE**, each Party to bear its own costs.  The Clerk is instructed to close the case.

      **IT IS SO ORDERED.**

      Signed this 13th day of September, 2010.

                                      /s/   David R. Herndon
                                      **Chief Judge**
                                      **United States District Court**